# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: DAVID R. KIEFFER SR.

DEBTOR

Case No. 19 B 11000
Chapter 13

Judge LaShonda A. Hunt

## CERTIFICATE OF SERVICE

On September 9, 2019, a copy of the following documents, described below:

Amended Schedule E and Amended Schedule J

were deposited for delivery by the USPS, via First Class Mail, postage prepaid, to the parties listed on the mailing matrix attached.

The undersigned does hereby declare under penalty of perjury that the foregoing is true and correct.

/s/ Angie S Lee

Angie S Lee ARDC #6282075
Lee Ratliff & Associates LLC
1800 Ridge Road 2nd Floor
Homewood IL 60430
708-845-7958

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-11000<br>Northern District of Illinois<br>Eastern Division<br>Mon Sep  9 11:20:23 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | American Homes 4 Rent Illinois<br>Hunter Warfield<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614-2415 |
| City of Hometown<br>Municipal Collections of America<br>3348 Ridge Rd<br>Lansing, IL 60438-3112 | Coast Professional Inc<br>214 Expo Cir # 7<br>Attn Bankruptcy<br>West Monroe, LA 71292-9497 | Credit Acceptance<br>25505 West 12 Mile Rd<br>Suite 3000<br>Southfield, MI 48034-8331 |
| Credit Acceptance<br>Po Box 5070<br>Southfield, MI 48086-5070 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| ERC/Enhanced Recovery Corp<br>Po Box 57547<br>Jacksonville, FL 32241-7547 | Hunter Warfield<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614-2415 | Hunter Warfield<br>Attention: Bankruptcy<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614-2415 |
| I C System Inc<br>Attn: Bankruptcy<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Med Business Bureau<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1349 | Med Business Bureau<br>Attn: Bankruptcy<br>1460 Renaissance Dr #400<br>Park Ridge, IL 60068-1349 | PRESTIGE FINANCIAL SERVICES<br>PO BOX 26707<br>SALT LAKE CITY, UT 84126-0707 |
| Palisades Collection<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438-3112 | Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148-6408 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | Prestige Financial Svc<br>351 W Opportunity Way<br>Draper, UT 84020-1399 | Prestige Financial Svc<br>Attn: Bankruptcy<br>351 W Opportunity Way<br>Draper, UT 84020-1399 |
| Rgs Financial<br>1700 Jay Ell Dr Ste 200<br>Richardson, TX 75081-6788 | Rgs Financial<br>Attn: Bankruptcy<br>Po Box 852039<br>Richardson, TX 75085-2039 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Timothy Snyder<br>120 E OGDEN #17B<br>Hinsdale, IL 60521-3544 | U.S. Department of Education<br>Po Box 790356<br>Saint Louis, MO 63179-0356 | Angie S Lee<br>Lee Ratliff & Associates LLC<br>PO Box 677<br>Flossmoor, IL 60422-0677 |

David R Kieffer Sr.
10126 West 151st St
Orland Park, IL 60462-3058

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
1240 East 9th Street
Room 493
Cleveland, Ohio 44199

Portfolio Recovery
120 Corporate Blvd Ste 1
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
C/O capital One Bank (usa), N.a.
POB 41067
Norfolk VA 23541

Sprint Corp
Attention Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32